JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TOPOLEWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN DATA CORP., ETC., ET AL.,<br><br>    Defendants. | No. CV 23-1976-MEMF(Ex)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.[1]  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

///
///
///
///
///

---

[1] The Court also notes that nothing has been filed excusing or explaining Plaintiff's failure to appear at the hearing referenced in the Report and Recommendation, providing further support for the conclusions reached by the Magistrate Judge, as well as suggesting that, at the very least, the case could be dismissed for failure to prosecute.

IT IS ORDERED that all of Plaintiff's claims against Trans Union, LLC are dismissed with prejudice.

DATED: January 24, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE